An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

CARLOS ORTIZ-MORALES A/K/A
CARLOS ORTIZ,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 63863

**FILED**

SEP 2 5 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is a proper person appeal from an order denying a motion filed pursuant to NRCP 60 in a criminal case and a motion to re-open the habeas corpus proceedings. Eighth Judicial District Court, Clark County; David B. Barker, Judge.

Because no statute or court rule permits an appeal from an order denying the above-mentioned motions filed in a criminal case, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

SUPREME COURT
OF
NEVADA

(O) 1947A

13-28651

cc: Hon. David B. Barker, District Judge
Carlos Ortiz-Morales
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A